## NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-1019

**SHEILA A. PAUL, individually and on
behalf of her minor child, SHAUNA LYNN PAUL**

**VERSUS**

**LOUISIANA FARM BUREAU MUTUAL
INSURANCE COMPANY and CLEVENS F. BELAIRE**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 99-4141,
HONORABLE JOHN D. TRAHAN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

## MICHAEL G. SULLIVAN
## JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**Aaron J. Allen**
**Allen Law Office**
**Post Office Drawer 3204**
**Lafayette, Louisiana 70502-3204**
**(337) 232-9918**
**Counsel for Plaintiff/Appellant:**
    **Sheila Paul**

**Adras Paul LaBorde Endom**
**Andre F. Toce & Associates**
**Post Office Box 2716**
**Lafayette, Louisiana   70502-2716**
**(337) 233-6818**
**Counsel for Plaintiff/Appellant:**
     **Sheila Paul**

**Edward O. Taulbee, IV**
**Max M. Menard**
**Taulbee & Escott**
**Post Office Box 2038**
**Lafayette, Louisiana   70502-2038**
**(337) 269-5005**
**Counsel for Defendant/Appellee:**
     **Louisiana Farm Bureau Mutual Insurance Company**
     **Clevens F. Belaire**